UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABRAHAM TAMATEY,                    )
                                   )
            Petitioner,            )
                                   )
        v.                         )
                                   )    C.A. No. 05-11528-WGY
THOMAS M. HODGSON, Sheriff,        )
Bristol County,                    )
                                   )
            Respondent.            )

ORDER ON PETITIONER'S APPLICATION
TO PROCEED WITHOUT PREPAYMENT OF FEES

On July 14, 2005, petitioner Abraham Tamatey, an immigration detainee confined at the Bristol County House of Correction, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Tamatey also submitted an application for waiver of the $5.00 fee assessed for filing a petition for habeas relief.  In the application, Tamatey indicates that, other than $.92 in his canteen account, he is without assets.  Tamatey also represents that he has not had any source of income within the past twelve months.

ACCORDINGLY, the Court grants the petitioner's application to proceed without prepayment of the filing fee.

SO ORDERED.

 July 22, 2005                       /s/ William G. Young
DATE                              UNITED STATES DISTRICT JUDGE