UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
ABRAHAM TAMATEY,               )
                               )
          Petitioner           )
                               )    Civil Action No.
     v.                        )    05cv11528-WGY
                               )
MICHAEL CHERTOFF, SECRETARY    )
OF DEPARTMENT OF HOMELAND      )
SECURITY, ET AL.               )
                               )
          Respondents[1]       )
```

REPORT TO COURT

Respondent now reports to the Court that petitioner was removed from the United States on August 12, 2005, as projected in respondent's RETURN AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND NOTICE OF INTENT TO EXECUTE REMOVAL ORDER ON AUGUST 12, 2005.

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:   <u>s/Frank Crowley</u>
      FRANK CROWLEY
      Special Assistant U.S. Attorney
      Department of Homeland Security
      P.O. Box 8728
      J.F.K. Station
      Boston, MA 02114
      (617) 565-2415


CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon pro se petitioner by mail on August 16, 2005.

                <u>s/Frank Crowley</u>
                FRANK CROWLEY
                Special Assistant U.S. Attorney
                Department of Homeland Security
                P.O. Box 8728
                J.F.K. Station
                Boston, MA 02114

---

United States in a suit pending in a court of the United States").